**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WASSERMAN, | No. C -11-02772-EDL |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES, | |
| Defendant. | |

On September 16, 2011, Plaintiff's counsel filed a request to continue the initial case management in order to allow time for Plaintiff to make a decision on whether to serve or dismiss the complaint. Good cause appearing, the initial case management conference is continued to November 8, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 16, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge