IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WASSERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant.                 / | No. C -11-02772-EDL<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On September 16, 2011, Plaintiff's counsel filed a request to continue the initial case management in order to allow time for Plaintiff to make a decision on whether to serve or dismiss the complaint. Good cause appearing, the initial case management conference is continued to November 8, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 16, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge