IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WASSERMAN, | No. C -11-02772 EDL |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES, | |
| Defendant. | |

The initial case management conference in this matter is currently set for November 8, 2011. On October 4, 2011, Plaintiff filed a proof of service of summons and complaint by registered or certified mail. As Defendant United States has not yet filed an answer or otherwise responded to the complaint, IT IS HEREBY ORDERED that the initial case management conference is continued to December 20, 2011, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: November 2, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge