MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5087
    FAX: (408) 535-5081
    michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

Michael Cohen (CSBN 98066)
Attorney at Law
Grove Law Building
345 Grove Street
San Francisco, CA 94102
415/861-4414
Fax: 415/431-4526

Attorney for Plaintiff David Wasserman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID WASSERMAN, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Defendant. ) <br> _____ ) | Case No. C 11-2772 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> AS MODIFIED |

    The parties, having both previously consented to allow the Court to conduct all further proceedings in this matter, have reached the following stipulation, all of which is subject to the Court's approval.

    Counsel for defendant has advised counsel for planitiff of defendant's intention to file a motion to dismiss the complaint. This motion will be filed on or before November 30, 2011, a few days prior to the deadline to respond to the complaint because of leave long scheduled for defendant's counsel. The parties have discussed a briefing schedule to accomodate their respective schedules and which they believe is most efficient for their respective clients.

Defendant will notice his motion for hearing on February 7, 2012 at 9:00 a.m. The parties have agreed that Plaintiff will have until January 6, 2012 to file any opposition papers and Defendant will have until January 20, 2012 to file any reply papers. The parties have further stipulated to request that the Court continue the Initial Case Management Conference from December 20, 2011 to February 7, 2012 at 10:00 a.m., the same day as the motion hearing date.

DATED: November 16, 2011                Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                        /s/ Michael T. Pyle
                                        _____
                                        MICHAEL T. PYLE
                                        Assistant United States Attorney
                                        Counsel for Defendant United States of America


                                        /s/ Michael Cohen
                                        _____
                                        MICHAEL COHEN
                                        Attorney at Law
                                        Counsel for Plaintiff David Wasserman

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Defendant's motion to dismiss is to be filed on or before November 30, 2011. Planitiff's opposition to the motion is due on or before January 6, 2012. Defendant's reply in support of the motion is due on or before January 20, 2012. Defendant shall notice the motion for hearing on February 7, 2012 at 9:00 a.m. The Court reserves the right to continue the hearing or decide the motion without a hearing should the Court decide that it is appropriate to do so. The initial Case Management Conference is continued from December 20, 2011 to February 7, 2012 at ~~10:00~~ 9:00 a.m. The parties shall file a joint Case Management Conference Statement on or before January 31, 2012.

Dated: November 23, 2011              _Elizabeth D. Laporte_
                                      _____
                                      HON. ELIZABETH D. LAPORTE
                                      United States Magistrate Court Judge