1  Michael Cohen - #98066
   Attorney at Law
2  Grove Law Building
   345 Grove Street
3  San Francisco, CA 94102
   415/861-4414
4  Fax: 415/431-4526

5  Attorney for Plaintiffs

6

7

8          UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  DAVID WASSERMAN,            No. C 11-02772 EDL

10         Plaintiff,           **STIPULATION AND [PROPOSED] ORDER TO CONTINUE
                                MOTION TO DISMISS AND INITIAL CASE
11  vs.                         MANAGEMENT CONFERENCE** AS MODIFIED

12  UNITED STATES, and
    DOES 1-100,
13
           Defendants.
14  _____/

15                              STIPULATION

16         The parties hereby stipulate, by counsel, that hearing on Defendant's motion to dismiss,

17  currently set herein for February 7, 2012, may be continued to February 28, 2012, at 9:00 A.M.,

18  and that the Initial Case Management Conference, currently set herein for February 7, 2012, may

19  be continued to the same date, February 28, 2012, at 9:00 A.M.

20         Plaintiff requested this because unforeseen events and circumstances [*including but not

21  limited to (a) a major response to a complex summary judgment motion which took much more*

22  *time than anticipated, backing up all other work behind it, (b) a major issue in FOIA production*

23  *of documents possibly relevant to the motion, and (c) the unanticipated need for the Plaintiff*

24  *(who, with separate counsel, is conducting the FOIA search, and has the experience herein*

25  *Plaintiff's counsel does not, to interpret the FOIA production) to travel to the East Coast for*

26  *both business and family needs*] combined to significantly hamper Plaintiff's ability to respond to

                                       1

1  the motion by the previously agreed time; and Defendant's counsel agreed that the reasons stated
2  were appropriate grounds for the relief sought.
3      The parties further stipulate that the briefing schedule for the motion, and Case
4  Management Statement date, shall be continued concomitantly, with opposition papers being due
5  on or before January 27, 2012, and reply papers being due on or before February 10, 2012.
6  DATED: January 5, 2012            Respectfully submitted,
7  MELINDA HAAG, United States Attorney
8
9
10  _____/S/_____          _____/S/_____
    MICHAEL T. PYLE, Assistant U. S. Attorney,   MICHAEL COHEN,
11  Counsel for Defendant United States of America   Counsel for Plaintiff David Wasserman
12  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
13      Defendant's motion to dismiss, currently set herein for February 7, 2012, is continued to
14  ~~February 28~~ March 20, 2012, at ~~9:00~~ 10:00 A.M., and the Initial Case Management Conference is continued to
15  the same date, ~~February 28~~ March 20, 2012, at ~~9:00~~ 10:00 A.M. Opposition papers to the motion are due on or
16  before January 27, 2012, and reply papers to the motion are due on or before February 10, 2012.
17  The Court reserves the right to continue the hearing or decide the motion without a hearing
18  should the Court decide that it is appropriate to do so.  The parties shall file a joint Case
19  Management Conference Statement on or before ~~February 21, 2012.~~   March 9, 2012
20  DATED: __January 10, 2012____
21
22                          _____Elizabeth D. Laporte_____
                            HON. ELIZABETH D. LAPORTE
23                          United States Magistrate Court Judge
24
25
26

2

Stipulation and [Proposed] Order to Continue Motion
to Dismiss and Initial Case Management Conference