IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Wasserman, | No. 11-02772 EDL |
| Plaintiff, | **ORDER** |
| United States of America, | |
| Defendant. | |

The Defendant has until April 13, 2012 to file a substantive opposition to Plaintiff's filings of March 29, 2012 (Docket Nos. 24-26).

**IT IS SO ORDERED.**

Dated: April 3, 2012

Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE