UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WASSERMAN

       Plaintiff(s),                    No. 11-02772 EDL

       v.

UNITED STATES                     JUDGMENT

       Defendant(s).

_____/

      This action came before the Court, the undersigned Magistrate Judge, presiding. On June 25, 2012, the Court granted Defendant's motion to dismiss with prejudice. Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendant.

      IT IS SO ORDERED.

Dated: July 18, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Judg.For